249 U. S.   Cases Disposed of Without Consideration by the Court.

No. 834. U. B. BUSKIRK ET AL., AS PARTNERS COMPOSING KENTUCKY RIVER HARDWOOD COMPANY v. ISHAM CAUDILL, AS ADMINISTRATOR, ETC. Error to the Court of Appeals of the State of Kentucky. March 3, 1919. Dismissed with costs, on motion of counsel for plaintiffs in error. *Mr. Ed. C. O'Rear* for plaintiffs in error. No appearance for defendant in error.

No. 152. DOUGLAS PARK JOCKEY CLUB v. T. H. TALBOTT ET AL., COMPOSING KENTUCKY STATE RACING COMMISSION. Error to the Court of Appeals of the State of Kentucky. March 13, 1919. Dismissed with costs, per stipulation. *Mr. John Bryce Baskin* and *Mr. Harvey Myers* for plaintiff in error. *Mr. John P. Shelby, Mr. Robert L. Northcutt* and *Mr. John Craig Shelby* for defendants in error.

No. 250. JOHN E. ROLLER v. O. B. COOLEY. Error to the Supreme Court of Appeals of the State of Virginia. March 17, 1919. Dismissed with costs, pursuant to the sixteenth rule, on motion of *Mr. Charles A. Hammer* for defendant in error. *Mr. John E. Roller* pro se.

No. 572. NORTHERN PACIFIC RAILWAY COMPANY v. J. R. THOMPSON, AS COUNTY TREASURER OF FLATHEAD COUNTY, MONTANA. Error to the Circuit Court of Appeals for the Ninth Circuit. March 19, 1919. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. Milton S. Gunn* and *Mr. Charles W. Bunn* for plaintiff in error. No appearance for defendant in error.